IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Kenneth R. Price, ) | C/A No.: 1:20-2141-SAL-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Major Vaughn Jackson, in his ) | |
| individual and official capacity, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This action was filed by Plaintiff on June 4, 2020. Pursuant to the scheduling order entered by the court, discovery was to be completed by October 30, 2020, with dispositive motions, if any, to be filed by no later than November 30, 2020. [ECF No. 12]. These deadlines have now expired.

Because the discovery deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

December 4, 2020                             Shiva V. Hodges
Columbia, South Carolina            United States Magistrate Judge